**Fill in this information to identify the case:**

Debtor 1: TY W LANG

Debtor 2 (Spouse, if filing): SALLY K LANG

United States Bankruptcy Court for the District of Arizona (State)

Case number: 3:19-bk-09391-DPC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Quicken Loans Inc.

**Court claim No. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account: 3009

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 8/14/2019 | (5) $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan Review | 8/1/2019 | (11) $ 150.00 |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | TY W LANG | | | Case Number *(if known)* | 3:19-bk-09391-DPC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<table>
<tr><td colspan="4">**Part 4:**    **Sign Here**</td></tr>
<tr><td colspan="4">
The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**
</td></tr>
</table>

**X**    /s/ Janet M. Spears                                      Date    **August 16, 2019**
      Signature

| | | | | | |
|---|---|---|---|---|---|
| Print: | Janet M. | Spears | | Title: | Agent for Creditor |
| | First Name    Middle Name    Last Name | | | | |
| Company: | Aldridge Pite, LLP | | | | |
| Address: | 4375 Jutland Dr. Suite 200; P.O. Box 17933 | | | | |
| | Number     Street | | | | |
| | San Diego    CA    92177-0933 | | | | |
| | City    State    Zip Code | | | | |
| Contact phone | (858)-750-7600 | | | Email | jspears@aldridgepite.com |

Janet M. Spears (SBN 023833)
jspears@aldridgepite.com
Cassandra Edmiston (SBN )
cedmiston@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933  Telephone: (858) 750-7600  Facsimile:  (619) 590-1385

Attorneys for Quicken Loans

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PRESCOTT DIVISION

| | |
|---|---|
| In re<br><br>TY W LANG and SALLY K LANG,<br><br>Debtor. | Chapter 13<br><br>Case No. 3:19-BK-09391-DPC<br><br>**PROOF OF SERVICE** |

I, Lauren Timby, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.   I am over the age of eighteen years and not a party to this case.

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on August 20, 2019. Service was accomplished by the method and to the following as indicated:

**BY ELECTRONIC NOTICE OR FIRST CLASS MAIL**

Debtors:
TY W LANG
SALLY K LANG
7273 E. WOOLSEY RANCH RD.
PRESCOTT VALLEY, AZ 86314

(Via U.S. Mail)

1 | Debtors' Attorney
2 | Benjamin Wright
  | Wright Law Offices
3 | 2999 N. 44th St. Suite 600
  | Phoenix, AZ 85018
4 | bwright@wloaz.com
  | (Via Email)

5 | US TRUSTEE;
  | USTPRegion14.PX.ECF@USDOJ.GOV
6 | (Via Email)

7 | Trustee:
  | Edward J. Maney
8 | 101 N. First Ave., Suite 1775
  | Phoenix, AZ 85003
9 | service@maney13trustee.com
  | (Via Email)

10 |

11 | I declare under penalty of perjury that the foregoing is true and correct.

13 | Dated: August 20, 2019    /s/ Lauren Timby
   |                          LAUREN TIMBY